Michael A. Cardozo
 Corporation Counsel of the
 City of New York
Attorney for the City of New York
100 Church Street, Room 5-247
New York, New York  10007
By:  Bernadette Brennan (BB-4353)
    Assistant Corporation Counsel
    212- 356-2162

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re,


CLARENDON PROPERTIES, LLC.,

                                                                        **Chapter 11**

                                                                        Case  No. 13-43836-CEC

-------------------------------------------------------------------------x

### NOTICE  OF  APPEARANCE  AND  DEMAND FOR SERVICE OF PAPERS OF THE CITY OF NEW YORK


        **PLEASE TAKE NOTICE,** that pursuant to Section 1109(b) of Title 11 of the

United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, The City of

New York hereby appears in the above-captioned case by its counsel, MICHAEL CARDOZO,

Corporation Counsel for the City of New York.

        Request is hereby made pursuant to Bankruptcy Rule 2002 for service of all

papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions,

and answering and reply papers, filed in the above-captioned case by mailing one copy of any

such paper to:

MICHAEL A. CARDOZO
    Corporation Counsel of the
    City of New York
100 Church Street. Room 5-247
New York, New York  10007
Attn:  Bernadette Brennan, Esq.


**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes,

pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, copies of each disclosure

statement and plan of reorganization filed or to be filed in the above-captioned case.

Dated: New York, New York
        July 19, 2013


MICHAEL A. CARDOZO
    Corporation Counsel of the
    City of New York


By: //Bernadette Brennan_____
    Bernadette Brennan (BB-4353)
    Assistant Corporation Counsel
    100 Church Street, Rm. 5-247
    New York, New York  10007
    (212)356-2162


To:    Mark Frankel, Esq.
       Backenroth, Frankel & Krinsky, LLP
       489 Fifth Avenue
       New York, New York  10017

       Office of the United States Trustee
       Eastern  District of New York
       271 Cadman Plaza East
       Brooklyn, New York  11201

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF NEW YORK  )

      MARY OROURKE, being duly sworn, deposes and says that:

1.      I am not a party to the action, I am over 18 years of age and reside in Bronx County, New York.

2.      On July 19, 2013, I caused a true copy of the affixed Notice of Appearance and Demand for Service of Papers to be served upon the parties on the attached service list via electronic filing. Parties unable to receive copies via electronic filing will receive hard copies served in an envelope via first class mail to be deposited into a designated depository maintained by the United states Postal service.

Mary O'Rourke_____

Mary O'Rourke

Sworn to before me this

19th day of July 2013

**NOTARY PUBLIC**

MELANIE WILSON
Notary Public, State of New York
No. 01WI6134734
Qualified in Kings County
Commission Expires Oct. 03, 2009 2013